FILED

2020 SEP 17 AM 8:31

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,
STATE OF FLORIDA, and STATE
OF MARYLAND, *ex rel.*, JAMIE
WILLIAMS,

    Plaintiffs,

vs.

SAVN ADMINISTRATIVE SERVICES,
INC.; ADVANCED IMAGING OF PORT
CHARLOTTE, LLC; SRA VENTURES, INC.
d/b/a WESTCOAST RADIOLOGY;
CRYSTAL CLEAR IMAGING, LTD.;
BALTIMORE SUBURBAN HEALTH, LLC;
M-SQUARED DIAGNOSTICS, LLC d/b/a
NEXT GENERATION MRI, and NEENA
KENWAR,

    Defendants.
_____/

Case: 2:16-cv-622-FtM-99MRM

**FILED IN CAMERA**
**AND UNDER SEAL**

## ORDER

This matter comes before the Court on the Government's Notice of Intervention for the Purpose of the Settlement of Claims Against Certain Defendants, and Declination as to Certain Defendants filed on September 14, 2020.

Under the False Claims Act, 31 U.S.C. § 3730(b)(4), the Government notifies the Court of its decision to intervene against Defendant Advanced Imaging of Port Charlotte, LLC ("Advanced Imaging") with respect to the Covered Conduct defined in the Settlement Agreement entered into between, among others, Advanced Imaging, Relator Jamie Williams, and the United States on September 14, 2020. But the United States will not intervene against the remaining named defendants: SAVN Administrative Services, Inc., Advanced Imaging of Port Charlotte, LLC, SRA Ventures, Inc. d/b/a



(S-50)

Westcoast Radiology, Crystal Clear Imaging, LTD., Baltimore Suburban Health, LLC, M-Squared Diagnostics, LLC d/b/a Next Generation MRI, and Neena Kenwar. As to the remaining Defendants, the Government makes the following requests going forward: (1) it be served with all future pleadings, orders, and notices of appeal filed; and (2) the Court lift the seal on the Complaint, the Government's Notice, and any order issued as a result of the Notice.

After considering the applicable law and record, the Court grants the Government's requests.

Accordingly, it is now **ORDERED**:

1. The Government's Notice of Intervention for the Purpose of the Settlement of Claims Against Certain Defendants, and Declination as to Certain Defendants is **GRANTED.**

2. The Clerk is **DIRECTED** to serve copies of all future pleadings, orders, and notices of appeal filed in this case on the Government.

3. The Clerk is **DIRECTED to lift the seal** on the Complaint, the Government's Notice, and this Order. All other papers filed in this action must remain under seal.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of September 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: David Sullivan, AUSA
2110 First Street, Suite 3-137
Fort Myers, FL 33901