# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

UNITED STATES OF AMERICA, STATE OF FLORIDA, STATE OF MARYLAND and JAMIE WILLIAMS, ex rel.

    Plaintiffs,

v.

Case No: 2:16-cv-622-SPC-MRM

SAVN ADMINISTRATIVE SERVICES, INC., ADVANCED IMAGING OF PORT CHARLOTTE, LLC, SRA VENTURES, INC., CRYSTAL CLEAR IMAGING, LTD., BALTIMORE SUBURBAN HEALTH, LLC, M-SQUARED DIAGNOSTICS, LLC and NEENA KANWAR,

    Defendants.

/

## **ORDER**[1]

    Before the Court is Relator Jamie Williams' Response to the Court's Order to Show Cause and Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 52). Relator brought this qui tam suit about five years ago. The Government decided only to intervene against

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Defendant Advanced Imaging of Port Charlotte, LLC. (Doc. 49; Doc. 50). Since then, the United States, Relator, and Advanced Imaging have settled this case between them. (Doc. 49). And Relator does not wish to pursue her case against the remaining named Defendants. (Doc. 49 at 2; Doc. Relator thus requests the Court dismiss this action with prejudice as to her, and without prejudice as to the United States of America, the State of Florida, and the State of Maryland. The United States consents to the dismissal so long as it is without prejudice as to it. (Doc. 49 at 2). The Court thus grants the requested dismissal.

Accordingly, it is now **ORDERED:**

(1) This action is **DISMISSED with prejudice** as to Relator Jamie Williams and **without prejudice** as to the United States of America, the State of Florida, and the State of Maryland. The Clerk is **DIRECTED** to enter judgment accordingly.

(2) The United States is **DIRECTED** to advise, on or before **June 7, 2021**, whether the remainder of this action can be closed per Local Rule 3.09 because of the settlement between the United States, Relator, and Advanced Imaging.

**DONE** and **ORDERED** in Fort Myers, Florida on June 3, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record