**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

UNITED STATES OF AMERICA,
STATE OF FLORIDA, STATE OF
MARYLAND and JAMIE
WILLIAMS, ex rel

      Plaintiffs,

v.                                       Case No: 2:16-cv-622-SPC-MRM

SAVN ADMINISTRATIVE
SERVICES, INC., ADVANCED
IMAGING OF PORT
CHARLOTTE, LLC, SRA
VENTURES, INC., CRYSTAL
CLEAR IMAGING, LTD.,
BALTIMORE SUBURBAN
HEALTH, LLC, M-SQUARED
DIAGNOSTICS, LLC and
NEENA KANWAR,

      Defendants.
_____/

## **ORDER**[1]

Before the Court is a Joint Stipulation of Voluntary Dismissal. (Doc. 55). Relator Jamie Williams and the United States stipulate to the dismissal of this action as to Defendant Advanced Imaging of Port Charlotte, LLC under

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Federal Rule of Civil Procedure 41(a). The parties entered a settlement agreement, with which they request the Court to retain jurisdiction of enforcing. Both Relator and the United States have signed the stipulation.

Accordingly, it is now

**ORDERED:**

(1) This action as against Defendant Advanced Imaging of Port Charlotte, LLC is **DISMISSED with prejudice** as to Relator.

(2) This action as against Defendant Advanced Imaging of Port Charlotte, LLC is **DISMISSED with prejudice** as to the United States.

(3) This is action is otherwise **DISMISSED without prejudice** to the United States.

(4) The Court **DECLINES** to retain jurisdiction to enforce any settlement agreement and resolve dispute thereunder.

(5) The Clerk is **DIRECTED** to enter judgment, deny all pending motions as moot, terminate all deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on June 8, 2021.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record